# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2018

Stephen J. Markman,
Chief Justice

156227

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

CARLETON COFFEY,
     Plaintiff-Appellant,

v

          SC: 156227
          COA: 336391
          Lapeer CC: 16-049963-AV

WILSON VETERINARY HOSPITAL P.C.,
     Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the May 10, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2018

Clerk

s0328